IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO.: 1:08cr10-SPM

JOHN ROGER SAGER,
WILLIAM J. ERICKSON,
MINERVA AGATHA QUINTANA,
DIEGO CHOXJ CHA,
FRANCISCO SAC, and
DOREEN SAGER,

      Defendants.
_____/

## ORDER GRANTING MOTION TO UNSEAL INDICTMENT

This cause comes before the Government's Ex Parte Motion to Unseal Indictment (doc. 123).  Upon consideration, it is

ORDERED AND ADJUDGED:

1.   The motion (doc. 123) is granted.

2.   The clerk shall unseal the indictment.

DONE AND ORDERED this 3rd day of October, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge