IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr10-SPM

JOHN ROGER SAGER,

    Defendant.
_____/

## ORDER SETTING STATUS CONFERENCE AND DEADLINE FOR SUBMISSION OF WITNESS LISTS AND TIME ESTIMATES

Trial for Defendant John Roger Sager is scheduled for 8:30 a.m. on Monday, May 3, 2010. To ensure the orderly progress of the docket, it is

ORDERED AND ADJUDGED:

1. The Government and the Defendant shall each file, on or before 12:00 p.m. on Thursday, April 29, 2010, a witness list that includes a summary of each witness's testimony and an estimate of the length of time that testimony will take to present.

2. A status conference with the attorneys and Defendant is scheduled for 10:00 a.m. on Friday, April 30, 2010.

DONE AND ORDERED this 27th day of April, 2010.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          Chief United States District Judge