IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr10-SPM

JOHN ROGER SAGER,

    Defendant.
_____/

### ORDER QUASHING SUBPOENAS

Upon consideration, the motions to quash by attorney Stephen Bernstein (doc. 569) and attorney Stephen K. Johnson (doc. 570) are granted. The subpoenas issued to Stephen Bernstein and Stephen K. Johnson are quashed.

SO ORDERED this 27th day of July, 2010.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge