IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr10-SPM

JOHN ROGER SAGER,

    Defendant.
_____/

## ORDER DENYING MOTION TO DISQUALIFY COUNSEL

This cause came before the Court on the Government's Suggestion of Conflict of Interest (doc. 558), which the Government has filed as a Motion to Disqualify Counsel, and the Government's Supplemental Notice of Conflict (doc. 564). Defendant John Roger Sager has submitted a written waiver of any conflict of interest (doc. 573). The Court conducted an inquiry to ensure that the waiver was knowing and voluntary.

Defendant John Roger Sager was fully advised of his rights under the Sixth Amendment to effective counsel and to counsel of his own choosing, as well as all possible conflicts of interest which might occur pre-trial, at the trial, and during sentencing, because attorney Stephen K. Johnson represented Doreen Sager and because of the forfeiture being sought in this case. There are no actual or apparent conflicts of interest that would prevent Attorney Johnson from

effectively representing Defendant at this time.  Defendant understands and appreciates (1) the right to effective, independent counsel who represents his interests only, (2) the types of potential conflicts which might arise, and (3) his right to waive any conflict.  The Court accepts Defendant's waiver as knowingly and voluntarily made.  Accordingly, it is

ORDERED AND ADJUDGED: The Government's motion to disqualify counsel (docs. 558 and 564) is denied.

DONE AND ORDERED this 27th day of July, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge