IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr10-SPM

JOHN ROGER SAGER,

        Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION
## FOR COURT TO TAKE JUDICIAL NOTICE

This cause comes before the Court on Defendant's Motion for Court to Take Judicial Notice (doc. 86) of the verdict handed down as to co-defendants William J. Erickson, Lorenzo Sac, and Dennis Friske in a previous trial. For the following reasons, the motion will be denied.

Each jury has a responsibility to reach a verdict based on the evidence presented at the trial before it. A verdict in a prior criminal trial has no preclusive effect in a subsequent trial involving a different defendant. See Standfelter v. United States, 447 U.S. 10 (1980) (non-mutual collateral estoppel does not apply in a criminal case); United States v. Irvin, 787 F.2d 1506, 1512-13 (11th Cir. 1986) (acquittal of co-conspirators did not require acquittal of defendant who was

tried separately).

The probative value, if any, of another jury's verdict in a criminal case is outweighed by the danger of unfair prejudice, confusion of the issues, and misleading the jury. Id. at 1517. Accordingly, it is

ORDERED AND ADJUDGED: Defendant's Motion for Court to Take Judicial Notice (doc. 586) is denied.

DONE AND ORDERED this 4th day of August, 2010.

Stephan P. Mickle
Chief United States District Judge